**Order entered December 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

**JOHN H. GEORGE, Appellant**

**V.**

**MARIA GUADALUPE GEORGE, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

By order dated November 13, 2018, the Court ordered Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, to file the partial reporter's record within thirty days. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Ms. Saavedra to file the partial reporter's record by **January 7, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Saavedra and all parties.

/s/     ADA BROWN
         JUSTICE